FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 JUL 27  PM 1:34

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

: NO. **1ı18CR 111**

42 U.S.C. §1320a-7b(b)(2)
18 U.S.C. §2

vs.

**JUDGE BLACK**

TRACEY COUCH

## I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about May 28, 2015, in the Southern District of Ohio and elsewhere, defendant **TRACEY COUCH**, did knowingly and willfully cause the payment of a remuneration to a known medical provider, that is, $2,200.00, directly and indirectly, overtly and covertly, in return for arranging for the purchase and order of goods, services and items, specifically, prescriptions for a Fentanyl Spray manufactured by the Pharmaceutical Company that employed defendant **TRACEY COUCH**, for which

1

payment was made in whole or in part by Medicare, a federal health care program.

All in violation of 42 U.S.C. § 1320(a)-7b(b)(2) and 18 U.S.C. §2.

BENJAMIN C. GLASSMAN
United States Attorney


SALVADOR A. DOMINGUEZ (0056232)
Assistant United States Attorney

2