United States District Court
Southern District of Ohio

**Related Case Memorandum**
**Criminal Cases**

TO: Judge Black, Judge Dlott

FROM: Janet McLemore , Deputy Clerk

DATE: 7/31/18

SUBJECT: Case Caption: USA v. Tracey Couch

CASE: Case Number: 1:18cr111

DISTRICT JUDGE: Judge Black

File Date: 7/27/18

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: USA v. Nilesh Jobalia

Case Number: 1:18cr87     District Judge: Dlott

File Date: 6/21/18     Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:     District Judge:

File Date:     Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk **Janet McLemore** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Dlott___

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

Other Direction of Judge: _____

_____

s/ Timothy S. Black
United States District Judge

S/Susan J. Dlott
United States District Judge

United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*