IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                      Case Number: 1:18cr111

Tracey Couch

CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel Brandon Marshall and Bill Hunt and was sentenced as follows:

2 Years Probation

    Probation will terminate after 1 year if the defendant is successful in her first year

    Mandatory drug testing is waived

Assessment: 100 (paid)    Fine: 0    Restitution: $2,200 (paid)

Sal Dominquez AUSA

Judge:    Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:    Julie Wolfer, Official

Date:    November 19, 2019